## Silverman *v.* Miller et ux., Appellants.

Argued December 10, 1969. *Thomas J. Maloney,* with him *Butterfield, Joachim, Brodt, Maloney & Hemphill,* for appellants; *Maxwell E. Davison,* with him *Fruhwirth & Dawson,* for appellees.

Judgment affirmed.

## Skaggs Appeal.

Argued December 9, 1969. *Richard E. Brandow,* City Solicitor, for appellant; *George B. Angell,* with him *Angell and Angell,* for appellee.

Order affirmed.

## Starinieri Unemployment Compensation Case.

Argued December 11, 1969. *Angelo A. Guarino,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.